UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY VILLAPIANO and FOX NEWS NETWORK, LLC,

                              Movants,

-v-

DON BLANKENSHIP,

                              Respondent.

21 MC 779 (PAE)

TRANSFER ORDER

---

PAUL A. ENGELMAYER, District Judge:

       Movants Gary Villapiano and Fox News Network, LCC filed this action on October 19, 2021. Dkt. 1. Movants sought to quash a subpoena served on Villapiano by respondent Don Blankenship in an underlying action that is pending in the Southern District of West Virginia. *Blankenship v. Fox News Network, LLC*, 19-cv-236 (S.D.W. Va.). On October 22, 2021, respondent Blankenship filed a motion to transfer this case to the United States District Court for the Southern District of West Virginia. Dkt. 8. On October 25, 2021, the movants filed a letter consenting to the transfer to that District, and to the presiding judge in the underlying action, pursuant to Federal Rule of Civil Procedure 45(f). Dkt. 9.

       The Court hereby grants movants' request to transfer. The Clerk of Court is respectfully directed to transfer this case to the United States District Court for the Southern District of West Virginia **immediately**, without regard to Local Rule 83.1.

       SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 25, 2021
       New York, New York